IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KIRK OF THE FAMILY ENGEL, | ) | 8:25CV390 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION TO DISMISS** |
| | ) | |
| MATTHEW C. VOLKER, | ) | |
| | ) | |
| Defendant(s). | ) | |

COMES NOW, Defendant(s) Matthew C. Volker, Sarpy County Attorney, by and through attorney Kayla L. Starbuck, Deputy Sarpy County Attorney, and respectfully moves the Court for an Order dismissing Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6). A brief setting forth the basis for this Motion to Dismiss is being filed contemporaneously herewith.

Dated this 30th day of October 2025.

MATTHEW C. VOLKER,
Defendant(s).

By: *Kayla L. Starbuck*
Kayla L. Starbuck, #27392
kstarbuck@sarpy.gov
Deputy Sarpy County Attorney
1210 Golden Gate Dr., Suite 1420
Papillion, NE 68046
(402) 593-2339

CERTIFICATE OF SERVICE

I, Kayla L. Starbuck, hereby certify that on October 30, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record and that a true and correct copy of the foregoing was sent to the following, first class United States mail, postage prepaid.

Kirk: Engel
306 Kouba Drive
Bellevue, NE 68005

By: _____
Kayla L. Starbuck, #27392