FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 NOV 19 PM 3: 22

OFFICE OF THE CLERK

# IN THE DISTRICT COURT FOR THE UNITED STATES FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Kirk Engel<br>          Plaintiff<br><br>vs.<br><br>MATTHEW C. VOLKER<br>          DEFENDANT | Case No.: 8:25CV390<br><br>BRIEF IN SUPPORTR OF MOTION TO DENY DEFENDANTS MOTION TO DISMISS |

COMES NOW, Kirk Engel in *propria persona* and respectfully moves this Court for an Order denying Defendant MATHEW VOLKER's motion to dismiss my claims, and in support of this opposition provides the following brief.

## Nature of the Case

Plaintiff originally filed an application for temporary Restraining order with equitable relief and preliminary injunction. On June 11, 2025, and later filed a verified complaint om July 10, 2025. Plaintiff seeks an order preliminarily and permanently enjoining the 45 C.F.R. § 75.2 contractor hereafter the Sarpy County Attorneys' office and MATHEW VOLKKER from enforcement of a spurious action against him initiated by a for profit business that I chose not to participate in or associate with. On October 27, 2025, he was properly served with a copy of the summons and complaint at his office, granting the court jurisdiction over him and Plaintiff's claims.

## Introduction

"The purpose of this injunction is to prevent irreparable injury so as to preserve the Court's ability to render a meaningful decision on the merits." *United Food Commercial Workers Union, Local 1099 v. Southwest Ohio Reg'l Transit Auth.*, 163 F.3d 341, 348 (6th Cir. 1998) (citing *Stenberg v. Checker Oil Co.*, 573 F.2d 921, 925 (6th Cir. 1978)).

    A.    **First Merit.**

Https://acf.gov/css/glossary provides that the 42 U.S.C. § 651 IV-D program is a federal/state partnership established under IV-D of the Act; Https://www.gov

1

info/content/pkg/CPRT-105WPRT7-Section8.pdf provides that "Every federal agency is responsible for responding to this partnership operating "in" a State as if the federal agency were a (private business)." A partnership is an association of two or more persons as co-owners of a business for profit. *Uniform Partnership Act, § 6(1)*. This unit that operates countywide is the sole point of contact for the federal government and the entity through which federal IV-D funding flows. https://www.govinfo.gov/content/pkg/CPRT-105WPRT7/pdf/CPRT-105WPRT-Section8.pdf.p.54, confirms that "IV-D units make a (profit) and share it with the states for assistance with the IV-D program. States are free to spend this profit in any manner the State sees fit." See *Blessing v. Freestone*, 520 U.S. 329, 334 (1997),"If a unit delegates its disbursement function to local governments, it must reward the most efficient local agencies with a share of federal incentive payments".

**B.   Second Merit.**

The IV-D plan required this private for-profit business to enter into 45 C.F.R. § 302.34 contracts with Sarpy County attorney's office, clerks, courts, judges, sheriffs, and corrections officials to gain profit in return for payment from the unit in the executive branch. This contract is a mutually binding, legal relationship obligating said contracted officials to provide IV-D services in IV-D cases and perform other administrative duties of the unit that pertain a IV-D cases in return for payment therefrom.

This contract obligated Sarpy County Attorney's office to provide legal services, and to provide service of process including warrants for arrest for the private for-profit business. Pursuant to the 45 C.F.R. § 303.107(c) contract terms the unit from within the executive branch must specify that these contracted parties will perform the contractual obligations in full compliance with title IV-D of the Act, implementing federal regulations and issuances of the Secretary of the U.S. DHHS.

## Standard of Review

In return for payment from this for-profit business in the executive branch, the Sarpy County Attorney's office provided service of process for a warrant for

arrest from the clerk of court. In return for payment this spurious warrant was signed by a contracted judge and effectuated by the contracted sheriff's office. To compound matters worse the private for-profit business obligated the Nebraska Department of Motor Vehicles to suspend Plaintiffs drivers license without my knowledge or an infraction for me asserting my First Amendment right not to participate or associate expressive or intimate therewith protected as an aspect of the First Amendment's protection of free speech.

After paying the ransom for that kidnapping to be released, Sarpy County Attorney namely MATHEW VOLKER bought charges against Plaintiff under Nebraska Revised Statute 60-4,108 for operating motor vehicle during period of suspension; (1) It shall be unlawful for any person to operate a motor vehicle during any period that he or she is subject to an administrative order of the director.

### Argument

As a condition of receiving federal funding, Congress required states to have in effect procedures requiring the use of a specified list of collection enforcement procedures to increase the profits of the federal/state partnership. Accordingly, coercion by license suspension was used to compel me to pay. These procedures are the set of instructions which describe in detail the step by step actions to be taken by IV-D contractors to performance specific functions under the submitted plan. The private for-profit business issued general instructions on the suspension policies, and delegated responsibility for these detailed procedures to the director of the DMV that contractually performed the suspension function. *Id.* § 301.1

Therefore, Plaintiff Kirk argues that a private for-profit business cannot lawfully or legally compel Plaintiff to be its customer. While it is entitled to set its own terms for engagement, e.g., 42 U.S.C § 651(4)(b) This part shall not be interpreted to entitle any individual or family to assistance under any federal program funded under this part, forcing a customer relationship against Plaintiffs' will, See https://dhs.ne.gov/pages/Child-Support-Review-and-Modification.aspx Nebraska ~~Child Support~~ Customer Service Center at (877) 631-9973; is prohibited

3

unless the business can prove under 42 U.S.C. § 603(a)(5)(C)(III) that I consented to *successio*, coming into the place of the noncustodial parent; that I succeeded to the status of the noncustodial parent; that I consented to participate by enrolling in the federally funded program; and that I consented to be in compliance of oral or written personal responsibility contract entered into with the unit.

The Umbrella-Application-for-Services----Form-PDF Form CSE-60 p.2/5 Sec. 4 provides that "The county attorney is not the customers personal attorney, and an attorney-client relationship does not exist between the attorney and the customer; and "The county attorney is working solely on behalf of the ~~State~~ private for profit-business. This is a far cry from https://www.sarpy.gov./284/County-Attorney; "Our Mission, that We, as prosecutors, administer, advocate and apply the law to seek justice and protect the interests of our community.

All of the above at minimum includes: (aa) A commitment by the noncustodial parent to cooperate; (bb) A commitment by the noncustodial parent to cooperate in making payments: (cc) A commitment by the noncustodial parent to participate in employment related activities to make regular payments; and (dd) A commitment by the noncustodial parent to participate in services, which are designed to assist to obtain and retain employment, increase earnings and enhance the bottom line of the private for profit business.

Governments derive their just power from the consent of the governed. Plaintiff never consented to *successio* e.g. coming in place of the noncustodial parent for the § 651 purpose, nor did I f for the § 651 purpose ever consent to succession, the devolution of my Genesis 1;26 title of man endowed my Creator with the inherent and inalienable rights to the status of 20 C.F.R § 422.103(d) property (ownership), under the law of descent and distribution. *State ex rel. Walker v. Payne*, 129 Mo. 468, 31 S.W. 797, 798, 3 L.R.A. 576. T. Plaintiff for the § 651 purpose never enrolled in the program; I never enter into a personal responsibility contract with the unit; and I never made the required commitment to cooperate to make payments, participate in work activities to pay.

### Fruit of the Poisonous Tree Doctrine

4

Plaintiff argues that under the officious intermeddler doctrine, a private for-profit business through contractors, agents, employees, and subcontractors who act in performance of a IV-D contract in an independent capacity and not as officers or employees or agents of the of this business cannot demand or obtain payment for services I neither requested nor consented to. *Id*. 42 U.S.C. § 654(6)(A)(B).

VOLKER seeking to convict Plaintiff for the suspension falls under the Fruit of the Poisonous tree Doctrine *Silverthorne Lumber Co. v. United State; Nardone v. United States* because it was done for coercion not for justice. The doctrine applies based on the fact that the suspension was done for profit from Title 42 U.S. Code Public Health and Welfare home of IV-D of the Act which has never been enacted into positive law; The submitted plan rendered the unit the 28 U.S.C. § 3002(15)(C) Instrumentality of the corporate United States *Id*. (15)(A), not the State of Nebraska; and VOLKER being contractually obligated to the private for-profit business who suspended Plaintiffs' license who now seeks to convict Plaintiff for it is performing unethical and illegal behavior of a prosecutor that compromises the fairness of the case and using practices which undermines the integrity of the judicial process that can lead to a wrongful conviction.

## Conclusion

All the required elements for this preliminary injunction are met. Based on the odor of mendacity this Court should expeditiously grant the requested injunctive relief and other fees the Court deems just. "Plaintiff seeks a declaratory judgment to that effect and a permanent injunction prohibiting Defendant from pursuing any legal action against me".

Dated: November 19, 2025

Respectfully submitted

*Kirk of the Family Engel*
Kirk of the Family Engel

5